# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

KENYATTA HOWARD,

    Petitioner,

v.                                                                       CASE NO. 1:16-cv-00143-WTH-CAS

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 17, 2017. (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk is directed to enter the following judgment: "The Petition under 28 U.S.C. § 2254, ECF No. 1, is denied."

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this _1st_ day of June, 2018

_____
UNITED STATES DISTRICT JUDGE